AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

RACHELLE J. NELSON,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.                                                                         Case No. 07-2170-JPO

HERFF JONES, INC., et al.,

Defendants.

☐ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, with prejudice, with court costs assessed against plaintiff.

| | |
|---|---|
|   February 13, 2008     | INGRID A. CAMPBELL_____ |
| *Date* | *Acting Clerk of Court* |
| | |
| |   s/ Kathleen L. Grant_____ |
| | *(By) Deputy Clerk* |